# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY JACKSON, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-17-673-F |
| MEYER LOGISTICS, INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order entered this same date, the above-entitled action is dismissed without prejudice.

DATED at Oklahoma City, Oklahoma, this 24th day of October, 2017.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0673p004.docx